IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LUIS MOURAO                                                                                    PLAINTIFF

v.                                    Case No. 4:16-cv-00379 KGB

GLAZER'S BEER AND BEVERAGE
OF ARKANSAS, LLC and GLAZER'S
DISTRIBUTORS OF ARKANSAS, INC.                                                  DEFENDANTS

# ORDER

Before the Court is plaintiff Luis Mourao's motion to dismiss (Dkt. No. 18). In this motion, Mr. Mourao "moves for an Order dismissing this case, each party bearing its own fees and costs" (*Id.*). The Court previously granted Mr. Mourao's motion to dismiss without prejudice Glazer's Beer and Beverage of Arkansas, LLC (Dkt. No. 17). Therefore, the Court construes the instant motion as a motion to dismiss as against the sole remaining defendant: Glazer's Distributors of Arkansas, Inc. ("Glazer's Distributors").

Glazer's Distributors has not filed a response to the motion, and the time to file a response has passed. Local Rule 7.2(b). Therefore, the Court grants Mr. Mourao's motion (Dkt. No. 11). The Court dismisses without prejudice Mr. Mourao's claims against defendant Glazer's Distributors. Each party shall bear its own fees and costs.

It is so ordered this the 27th day of April, 2017.

Kristine G. Baker
United States District Judge